IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER WILLIAM FETTERS,<br><br>Defendant. | CR 10–01–BU–DWM–3<br><br><br><br>ORDER |

Defendant Alexander William Fetters' Opposed Motion for Early Termination of Supervised Release is now before the Court. (Doc. 178.) Having considered the factors in 18 U.S.C. § 3553(a), Fetters' conduct, and the government's arguments, the Court is not satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1). More specifically, Fetters used methamphetamine a few months after his release from custody, (*see* Doc. 175), and since that time the Probation Office has reported a dilute urine sample, two missed urinalysis tests, reported consumption of alcohol, and state moving violations. The Probation Office has further reported that Fetters is in a dispute with a client over stolen funds, and that Fetters told a state probation officer that he was going to "beat the shit out of" a state supervisee because of a dispute over allegedly stolen tools that Fetters refused to report to the police.

1

Despite Fetters' success in establishing his own business and maintaining his sobriety, it appears that supervision remains appropriate.

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 178) is DENIED. Any renewed request for early termination will not be considered until after March 23, 2025.

DATED this __1st__ day of October, 2024.

_/s/ Donald W. Molloy_
Donald W. Molloy, District Judge
United States District Court